**PATRICK J. BRACKLEY**
– ATTORNEY AT LAW –
233 BROADWAY, SUITE 801
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

March 3, 2011

<u>VIA FACSIMILE</u>

Honorable Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   <u>United States v. Cesar Castillo</u> 11-mj-00231-UA-1

Dear Magistrate Judge:

    This letter is written to respectfully request a thirty (30) day adjournment of the Preliminary Hearing presently scheduled for Monday, March 7, 2011 at 10:00 AM, to permit the Government and I to engage in discussions regarding a potential disposition of this matter.

    I respectfully request that time be excluded under the Speedy Trial Act, until the day of conference, in the interest of justice. I have conferred with Assistant U.S. Attorney Alvin Bragg, who consents to this request on behalf of the Government.

    Thank you in advance for your time and consideration in this matter. I remain,

                                            Sincerely yours,

                                            s/ Patrick J. Brackley
                                            PATRICK J. BRACKLEY, ESQ.
                                            Counsel for defendant

PJB/mb

cc: AUSA Alvin L. Bragg, Jr.  (via ecf)