

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :    INDICTMENT

CESAR CASTILLO,                     :    **11 CRIM 319**

    Defendant.                      :

- - - - - - - - - - - - - - - - - x

    The Grand Jury charges that:

### COUNT ONE

    1.  On or about January 6, 2010, in the Southern District of New York, CESAR CASTILLO, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    2.  The controlled substance involved in the offense was 500 grams and more of a mixture and a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

    (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).)

_____                    _____
FOREPERSON                                 PREET BHARARA
                                           United States Attorney

USDC SDNY
ELECTRONICALLY FILED
DATE FILED: APR 06 2011

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CESAR CASTILLO,

Defendant.

---

INDICTMENT

(Title 21, United States Code, Sections
812, 841(a)(1), and 841(b)(1)(B).)

PREET BHARARA
United States Attorney.

A TRUE BILL

*(signature)* Foreperson.

4/6/11 INDICTMENT FILED CASE ASSIGNED TO J. HELLERSTEIN.

Cott WSH