UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                         :

                                         :       NOTICE OF MOTION FOR
        - against -                      SUPPRESSION OF EVIDENCE

                                         :

                                               11 Cr. 319 (AKH)

CESAR CASTILLO,                   :

                        Defendant.    :
-----------------------------------------------------------x

SIR:

PLEASE TAKE NOTICE that upon the annexed Affirmation of Patrick Brackley, Esq.,

dated  December 23, 2011, the December 22, 2011 Affidavit of Cesar Castillo, the

December 23 Affidavit of Angel Ramos and the accompanying Memorandum of Law,

the undersigned will move this Court  at the United States Courthouse at 500 Pearl Street,

Courtroom 20B, New York, New York 10007-1312 on a date suitable to the Court, for an

Order pursuant to Rule 12 of the Federal Rules of Criminal Procedure: (1) suppressing all

physical evidence and statements as the products of a warrantless search effected without

probable cause in violation of Mr. Castillo's Fourth Amendment rights or, alternatively,

(2) granting a hearing to permit further fact finding on these issues.

       The defendant further reserves the right to make any appropriate motion

predicated upon information contained in discovery material not previously provided and

for such other, further and different relief as this Court may deem just, equitable and

proper.

Dated:  New York, New York
        December 23, 2011

                          s/ Patrick J. Brackley
                          PATRICK J. BRACKLEY, ESQ.
                          Attorney for Defendant
                          Cesar Castillo
                          233 Broadway,  Suite 801
                          New York, New York 10279
                          (212) 334 3736

To:  AUSA Alvin Bragg
      Office of the United States Attorney
      Southern District of New York