

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA :

          -v.-

CESAR CASTILLO,

        Defendant.

------------------------------------------------------x

ORDER OF
FORFEITURE/MONEY JUDGMENT

11 Cr. 319 (AKH)

WHEREAS, on or about April 6, 2011, CESAR CASTILLO (the "defendant"), was charged in a one-count Indictment, 11 Cr. 319 (AKH) (the "Indictment"), with possessing with the intent to distribute 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (Count One);

WHEREAS, on or about May 20, 2011, in accordance with the provisions of Title 21, United States Code, Section 881, the Drug Enforcement Administration (the "DEA") administratively forfeited $57,852.00 in United States currency, seized from CESAR CASTILLO in connection with the offense charged in the Indictment (the "Administratively Forfeited Currency");

WHEREAS, on or about February 22, 2012, the defendant pled guilty before this Court to Count One of the Indictment and admitted the forfeiture allegation pursuant to a plea agreement with the Government;

WHEREAS, as part of the defendant's plea agreement with the Government, the defendant agreed to forfeit any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the narcotics violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations in Count One of the aforementioned Indictment;

WHEREAS, on or about February 14, 2013 the defendant was sentenced and forfeiture was ordered, with a written order to follow;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant plead guilty, a Money Judgment in the amount of $57,852.00 in United States currency (the "Money Judgment") shall be entered against the defendant, CESAR CASTILLO.

2. The Administratively Forfeited Currency shall be applied in full satisfaction of the Money Judgment.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Paul Monteleoni, Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
~~February , 2013~~
March 4, 2013

SO ORDERED:

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE