# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Cesar Castillo | )<br>)<br>) Case No: 1: 11 Cr. 0319-01(AKH)<br>) USM No: 64628-054 |
| Date of Original Judgment: 02/21/2013<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Patrick J. Brackley<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    78    months **is reduced to**   63 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/15

Except as otherwise provided, all provisions of the judgment dated    02/21/2013    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 9, 2015

Effective Date:
*(if different from order date)*

Judge's signature

Alvin K. Hellerstein
Printed name and title

U.S. District Judge, S.D.N.Y.